

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-21-00540-CV

Gloria B. **GIRON**,
Appellant

v.

**BGRS, LLC** a/k/a Brookfield Global Relocation Services, LLC and Corey Peters,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-17606
Honorable Tina Torres, Judge Presiding

PER CURIAM

Sitting:     Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: April 27, 2022

DISMISSED

The parties have filed an agreed joint motion to dismiss this appeal pursuant to a settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2). After consideration, we grant the motion and dismiss the appeal. Costs of the appeal are taxed against appellant. *Id.* R. 42.1(d).

PER CURIAM